**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA : No. 183 MM 2018
:
:
:
v. :
:
:
:
SEAN B. JACOBS :
:
:
:
PETITION OF: DAVID M. SIMON, :
ESQUIRE :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of February, 2019, in consideration of the Motion Seeking Permission to Withdraw as Counsel and the Motion for Appointment of Counsel, this matter is REMANDED to the Court of Common Pleas of Lehigh County for resolution of these issues regarding representation.

    The Court of Common Pleas of Lehigh County is DIRECTED to enter its order regarding this remand within 60 days and to promptly notify this Court of its determination.